```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
FAREEDON KHAN,                )
                              )
         Plaintiff,           )
                              )   C.A. No. 05-11296-GAO
v.                            )
                              )
MICHAEL CHERTOFF, et al.,     )
                              )
         Defendants.          )
_____)
```

### DEFENDANTS' MOTION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT

Now come the above-captioned Defendants[1] and hereby move this Court for an extension of time **up to and including March 28, 2006**, to answer or otherwise respond to Plaintiff's Complaint. As reasons therefor, the undersigned counsel for Defendants asserts that such an extension will allow the Assistant U.S. Attorney the additional time to obtain relevant facts and background information of this matter from the relevant agency (Department of Homeland Security).

WHEREFORE, Defendants respectfully request that this Court allows their motion for an extension of time **up to and including**

---

[1] This motion is not intended to be a responsive pleading. By the filing of this motion, Defendants are not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to them in the normal course of filing a responsive pleading. Defendants intend to raise those defenses when it answers or otherwise responds to the Complaint.

**March 28, 2006**, to answer or otherwise respond to the Complaint.

                               Respectfully submitted,

                               MICHAEL J. SULLIVAN
                               United States Attorney

                               /s/ Michael P. Sady
                      By:  Michael P. Sady
                               Assistant U.S. Attorney
                               John Joseph Moakley U.S. Courthouse
                               Suite 9200
                               Boston, MA 02210
                               (617) 748-3100

Dated: February 17, 2006

## CERTIFICATE OF SERVICE

    I certify that on February 17, 2006, I caused a copy of the foregoing Motion to be served by first class mail, postage pre-paid to Plaintiff's counsel of record Desmond P. FitzGerald, FitzGerald & Company, LLC, Suite 210, 18 Tremont Street, Boston, MA 02111.

                               /s/ Michael Sady
                               Michael Sady
                               Assistant U.S. Attorney

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

    Pursuant to Local Rule 7.1, the undersigned counsel certifies that on February 17, 2006, he contacted Plaintiff's counsel and informed him of the relief requested by this motion.

                               /s/ Michael Sady
                               Michael Sady
                               Assistant U.S. Attorney