```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                            )
FAREEDON KHAN,              )
                            )
         Plaintiff,         )
                            )   C.A. No. 05-11296-GAO
v.                          )
                            )
MICHAEL CHERTOFF, et al.,   )
                            )
         Defendants.        )
_____)
```

NOTICE OF APPEARANCE

To the Clerk:

    Please enter my appearance as counsel for the Defendants in the above-captioned matter.

                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

                          By:  /s/ Michael Sady
                              Michael Sady
                              Assistant U.S. Attorney
                              John J. Moakley Federal Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA   02210
                              (617) 748-3100

Dated: February 17, 2006