```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
_____
                              )
FAREEDON KHAN,                )
                              )
            Plaintiff,        )
                              )   C.A. No. 05-11296-GAO
v.                            )
                              )
MICHAEL CHERTOFF, et al.,     )
                              )
            Defendants.       )
_____)
```

**DEFENDANTS' (ASSENTED TO) MOTION TO EXTEND TIME
IN WHICH TO RESPOND TO COMPLAINT**

Now come the above-captioned Defendants[1] and hereby move this Court for an extension of time **up to and including June 2, 2006**, to answer or otherwise respond to Plaintiff's Complaint. As reasons therefor, the undersigned counsel for Defendants asserts that such an extension will allow the Assistant U.S. Attorney the additional time to obtain and review relevant facts and background information of this matter received from the relevant agency (Department of Homeland Security). Plaintiff assents to this motion.

WHEREFORE, Defendants respectfully request that this Court allows their motion for an extension of time **up to and including**

---

[1] This motion is not intended to be a responsive pleading. By the filing of this motion, Defendants are not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to them in the normal course of filing a responsive pleading. Defendants intend to raise those defenses when it answers or otherwise responds to the Complaint.

**June 2, 2006**, to answer or otherwise respond to the Complaint.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

                /s/ Michael P. Sady
      By: Michael P. Sady
                Assistant U.S. Attorney
                John Joseph Moakley U.S. Courthouse
                Suite 9200
                Boston, MA 02210
                (617) 748-3100

Dated: May 2, 2006

### CERTIFICATE OF SERVICE

I certify that on May 2, 2006, I caused a copy of the foregoing Motion to be served by first class mail, postage pre-paid to Plaintiff's counsel of record Desmond P. FitzGerald, FitzGerald & Company, LLC, Suite 210, 18 Tremont Street, Boston, MA 02111.

                /s/ Michael P. Sady
                Michael P. Sady
                Assistant U.S. Attorney

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1, the undersigned counsel certifies that on May 2, 2006, he contacted Plaintiff's counsel and informed him of the relief requested by this motion.

                /s/ Michael P. Sady
                Michael P. Sady
                Assistant U.S. Attorney