THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FAREEDON KHAN,                          )
       Plaintiff                       )
                                )
V.                                      )    CIVIL ACTION FILE NO.
                                )    05-11296 GAO
MICHAEL CHERTOFF, as Secretary  of the  )
Department of Homeland Security; EDUARDO )
AGUIRRE, Director of the U.S. Citizenship & )
Immigration Services; DENNIS RIORDAN, as )
District Director of the U.S. Citizenship & )
Immigration Services for Boston District Office, )
       Defendants                      )

STIPULATION OF DISMISSAL

NOW comes the plaintiff, Fareendon Khan, by and through the undersigned counsel, and hereby requests this Honorable Court dismiss the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2).  As grounds for this motion the plaintiff submits that the United States Citizenship and Immigration Service has adjudicated the plaintiff's petitions and therefore the plaintiff may dismiss the action with prejudice.

Respectfully submitted,

/s/ Desmond P. FitzGerald
Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone (617) 523-6320
Facsimile  (617) 523-6324
dfitzgerald@fitzgeraldlawcompany.com
BBO No. 68344

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing documents, Stipulation of Dismissal, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 11. 2006.

<u>/s/Desmond P. FitzGerald</u>
Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone (617) 523-6320
Facsimile  (617) 523-6324
dfitzgerald@fitzgeraldlawcompany.com
Bar No. 68344